# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VICTOR RODRIGUEZ, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE *et al*.,)<br>)<br>  Defendants. )<br>)<br>) | Civil Action No. 14-cv-0191 (TSC) |

## ORDER

Plaintiff seeks reconsideration of the June 20, 2014 Minute Order summarily denying his motion for an appointment of counsel.  *See* Mot. for Recon (ECF No. 23). For the following reasons, plaintiff's motion will be denied.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981).  If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but it is not obliged to do so unless the plaintiff demonstrates that such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986).  "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it."  *Id.  See* Local Civil Rule 83.11(b)(3) (listing factors).

The Court has considered the potential merits of plaintiff's claims brought under the Freedom of Information Act, the complexity of the legal and factual issues typically involved in resolving such cases, plaintiff's ability to represent himself thus far, and the limited availability of pro bono resources.  The Court does not find an appointment of counsel merited before the resolution of defendants' pending motion for summary judgment.

Accordingly, it is

**ORDERED** that plaintiff's motion for reconsideration of the order denying appointed counsel is **DENIED** without prejudice.

The Clerk of the Court shall mail a copy of this order to:

> **VICTOR RODRIGUEZ**
> #17569-069
> LEWISBURG
> U.S. PENITENTIARY
> Inmate Mail/Parcels
> P.O. BOX 1000
> LEWISBURG, PA 17837

Date:  December 5, 2014

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge